IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NA HER,

        Petitioner,        No. CIV S-07-1596 GEB KJM P

   vs.

D.K. SISTO,

        Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's application within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases. Because this petition challenges a denial of parole, the relevant documents should include the transcript of

1

1 | the transcript of the March 8, 2006 parole hearing[1] and any documents, reports or letters
2 | considered by the panel;
3 |     2. Petitioner's reply, if any, shall be filed and served within thirty days of service
4 | of an answer;
5 |     3. If the response to petitioner's application is a motion, petitioner's opposition
6 | or statement of non-opposition shall be filed and served within thirty days of service of the
7 | motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and
8 |     4. The Clerk of the Court shall serve a copy of this order together with a copy of
9 | petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael
10 | Patrick Farrell, Senior Assistant Attorney General.
11 | DATED:  December 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2
her1596.100fee

---

[1] If respondent agrees that the transcript attached as an exhibit to the petition is complete and correct, he need not provide a second copy to the court, but may simply note his acceptance of this transcript in his answer.