1
2
3
4
5
6
7
8
9        IN THE UNITED STATES DISTRICT COURT

10       FOR THE EASTERN DISTRICT OF CALIFORNIA

11              SACRAMENTO DIVISION

12

13   **NA HER,**                              2:07-cv-01596-GEB-KJM (HC)

14                          Petitioner,       **ORDER**

15              **v.**

16   **D. K. SISTO,**

17                          Respondent.

18

19       FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time

20   of thirty days, up to and including March 5, 2008, in which to file a response to the Petition for

21   Writ of Habeas Corpus (doc. no. 9).

22   DATED:   February 7, 2007.

23                                            _____

24                                            U.S. MAGISTRATE JUDGE

25

26

27

28